AO 91 (Rev. 11/11) Criminal Complaint

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
April 17, 2026
Nathan Ochsner, Clerk of Court

United States of America
v.
JEREMY CHRISTOPHER FORD,
a.k.a. "ALLSTAR JR,"
*Defendant(s)*

Case No. 4:26-mj-260

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 8, 2026, in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count One: 18 U.S.C. §§ 18 U.S.C. §§ 922(g)(1) and 924(a)(8). | Count One: Felon in possession of a firearm, in violation of 18 U.S.C. §§ 922 (g)(1) and 924(a)(8).<br><br>See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

FBI SA Joseph Gregory
*Printed name and title*

Sworn to before me and signed by telephone.

Date: April 17, 2026

Yvonne Y. Ho
*Judge's signature*

City and state: Houston, Texas

Hon. Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Gregory, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since July 2018. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2516. I hold a Juris Doctor degree from New York Law School, and prior to joining the FBI, I was an attorney for over five years. I am currently assigned to the Violent Crimes Task Force in the Houston Division. In my capacity as an FBI Special Agent, I have conducted investigations of various federal criminal violations including violent crimes, money laundering, and other complex financial crimes. Specifically, I have participated in investigations of RICO, murder for hire, assaults on federal officers, Hobbs Act violations, felon in possession, and other violations of federal firearms laws, among other things. Through my training, education, and experience, I have become familiar with the patterns of activity regarding felons who possess firearms, the methods they employ to obtain firearms, and their use of firearms while committing other criminal activities.

2. This Affidavit is made in support of a criminal complaint charging **Jeremy Christopher FORD, a.k.a. "AllStar JR,"** with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, felon in possession of a firearm. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this

investigation. I have set forth only those facts that I believe are necessary to establish probable cause that a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) has been committed by **FORD**.

## PROBABLE CAUSE

4. The FBI Houston Violent Crimes Task Force is investigating **FORD** for a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) occurring on or about April 8, 2026, in Houston, Texas, within the Southern District of Texas. The incident was captured on video by security cameras, as detailed below.

5. On April 8, 2026, at approximately 11:23 p.m., officers with the Houston Police Department ("HPD") responded to a shooting in progress at a restaurant located on Kirby Drive in Houston, Texas. Upon arrival, officers observed an individual, identified for purposes of this affidavit as "John Doe #1," on the ground inside the restaurant with a gunshot wound to his neck. Officers also observed a trail of blood leading from the main dining room to the elevator and a large pool of blood in the elevator. The blood trail continued into the parking garage where officers observed another individual, identified for purposes of this affidavit as "John Doe #2," with multiple gunshot wounds to his hand and leg. John Doe #1 and John Doe #2 were transported to hospitals by Houston Fire Department. The suspect, subsequently identified as **FORD**, fled the scene before police arrived.

6. At the scene, officers located and recovered a black Glock 43X handgun bearing serial number CFEW222, one Glock 43X magazine, a black firearm holster with blood on it, 10 fired nine-millimeter shell casings with blood on them, two fired bullet projectiles with blood on them, and bullet fragments with blood on them. This evidence was tagged at the HPD property room.

7. Officers retrieved videos of the incident via security camera footage provided by restaurant staff and provided copies to the FBI. Upon reviewing this footage, I observed **FORD** at a table in the restaurant with a female. **FORD** and the female get up from the table and walk out of the frame toward the elevators. **FORD** then re-enters the frame and appears to be talking on the phone. A group of individuals follows behind **FORD**. The group begins to crowd around **FORD** and appears to be talking to him, leading to an altercation that prompts an unknown male to get between the group and pull **FORD** away toward the elevators. **FORD** can be seen in the shirt with "LV" on the back.

8. As this is happening, John Doe #1 and another individual, identified for purposes of this affidavit as "John Doe #3," walk into the restaurant and follow quickly toward where **FORD** exited the frame, along with others in the group. The group then re-enters the frame and **FORD** can be seen struggling with John Doe #3 and John Doe #1, who appear to be trying to remove **FORD**'s necklace. John Doe #2 joins in to help John Doe #3 and John Doe #1. John Doe #3 removes **FORD**'s necklace and rushes out of the restaurant. The struggle continues, and John Doe #2 appears to remove **FORD's** watch and put it in his pocket.

9. **FORD** and John Doe #1 begin fighting, with John Doe #2 and others in the group joining in. At some point, what appears to be a handgun falls to the floor from someone in the altercation. **FORD** then falls to the floor near where the handgun fell. **FORD** picks up the handgun and begins firing as everyone starts running. John Doe #1 appears to have been shot and immediately collapses to the floor, initially on his side before rolling over onto his back.[1]

[1] Portions of the surveillance video screenshots depicting John Doe #1 are intentionally blurred.



10. John Doe #2 and others run out of the frame toward the elevator. **FORD** continues shooting as everyone is running away and shoots additional rounds in John Doe #2's direction as **FORD** follows outside the frame toward the elevator.



11. **FORD** returns to where John Doe #1 is lying motionless on his back and fires another two rounds at John Doe #1 from a few feet away. John Doe #1's body jolts suddenly as one round appears to strike him, before going motionless again.



12. **FORD** paces around the floor for approximately eight seconds as the female he was with attempts to interact with him. **FORD** then fires another round in John Doe #1's direction and exits the frame toward the elevators.



13. Approximately 20 seconds later, **FORD** returns to the frame, still holding the handgun. **FORD** points the handgun at John Doe #1, who appears to still be unconscious on the floor. **FORD** appears to attempt to fire another round at John Doe #1, but the handgun's slide appears locked back, indicating it is out of ammunition.



14. **FORD** then stands over John Doe #1 and strikes John Doe #1 in the face with the handgun. Upon doing so, the handgun falls to the floor behind **FORD**. **FORD** walks back, picks up the handgun, returns to John Doe #1 and appears to spit on him. **FORD** then exits the frame before returning briefly and exiting again toward the elevators. Another camera angle shows individuals running into the elevator during the shooting. Prior to the doors closing, John Doe #2 can be seen rushing into the elevator and collapsing inside as blood sprays from his leg. Shortly after the doors close, **FORD** can be seen walking into the frame holding the handgun.



15. **FORD** walks around briefly by the elevator before exiting the frame back toward the restaurant. A third camera angles shows **FORD** appear to wipe down the handgun before placing it on a shelf or counter behind what appears to be a hostess stand.



16. **FORD** ultimately fled the scene in a white Cadillac Escalade with an unknown license plate before police arrived. The FBI believes **FORD** to be back in the Detroit area of Michigan.

17. Hospital staff advised officers that John Doe #2 had his right index finger amputated due to a gunshot wound and that they were working to repair destroyed arteries in one of John Doe #2's legs. John Doe #1 is being treated for multiple gunshot wounds, and as of April 15, 2026, John Doe #1 did not have sensation in his legs due to injuries sustained during the shooting.

18. HPD later learned a third individual was shot during the shooting and left with a non-life-threatening wound to his buttocks. Based on review of the video, this individual appears to have been a restaurant patron standing in the bar area who did not take part in the fight.

19. Following the shooting, **FORD**, who is also known as the rapper "AllStar JR," posted multiple videos to his social media page taunting John Doe #1 and others in the group he believes to have assaulted him. On or about April 15, 2026, **FORD** recorded and posted a music video referencing the shooting at the restaurant, with lyrics including, "shootout right there in [the restaurant] now I'm two and oh." **FORD** also appears to reenact the shooting of John Doe #1 in the video.

20. I reviewed **FORD's** criminal history and found multiple arrests and criminal charges, including a 2014 conviction for felony second degree home invasion in Michigan, resulting in a sentence of 18 months' imprisonment. Accordingly, **FORD** is prohibited from possessing a firearm in the United States.

21. On April 16, 2026, a representative of Glock, Inc., executed an affidavit indicating that Glock 43X, nine-millimeter firearms are manufactured in Smyrna, Georgia, and Austria. The

Glock 43X **FORD** possessed therefore necessarily traveled in interstate or foreign commerce before arriving in his possession.

**CONCLUSION**

22. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging **FORD** with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Respectfully submitted,

Joseph Gregory
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically to me this 17th day of April 2026 and I find probable cause exists.

HONORABLE YVONNE Y. HO
United States Magistrate Judge
Southern District of Texas

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**4:26-mj-260**

## ATTACHMENT A

### COUNT ONE

*Felon in Possession of a Firearm*

On or about April 8, 2026, in the Southern District of Texas, the defendant, **JEREMY CHRISTOPHER FORD, a.k.a. "ALLSTAR JR,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock brand, 43X model, nine-millimeter, semiautomatic handgun bearing serial number CFEW222, and said firearm had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).