USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:26cr283**

USAO#: 2026R07164

MAG NO. 4:26-MJ-260

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT

Filed: *May 13, 2026* Judge: **Hanks**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| JOHN G.E. MARCK, ACTING USA | (713) 567-9000 |
| KERI FULLER, AUSA | (713) 567-9000 |

| | | Appt'd | Private |
|---|---|---|---|
| JEREMY CHRISTOPHER FORD, a/k/a ALLSTAR JR. (Cts.1) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Felon in Possession of a Firearm [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

Charges Total Counts (1)

**PENALTY:**
Ct. 1: Not more than 15 years imprisonment, a $250,000 fine, not more than 3 years supervised release, $100 special assessment.

☑ In Jail JEREMY CHRISTOPHER FORD

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |